| | |
|---|---|
| 1 | RYAN H. CROSNER, CA Bar No. 278418 |
| | ryan.crosner@ogletree.com |
| 2 | CHLOE S. CHANG, CA Bar No. 321007 |
| | chloe.chang@ogletree.com |
| 3 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 6 | |
| 7 | WILLIAM K. KNISLEY *Pro Hac Vice* |
| | THE LAW OFFICES OF WILLIAM CHU |
| 8 | williamknisley@outlook.com |
| | 4455 LBJ Freeway, Suite 1008 |
| 9 | Dallas, Texas 75244 |
| | Telephone: 972-392-9888 |
| 10 | Facsimile: 972-392-9889 |
| 11 | Attorneys for Defendant |
| | TAO MOTOR, INC. |
| 12 | *[Additional attorneys listed on following page]* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | ANGEL BARBA, an individual | Case No. 5:21-cv-00668 MEMF (SPx) |
| 17 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 18 | v. | Complaint Filed: January 20, 2021 |
| 19 | TAO MOTOR, INC.; and DOES 1 through 50, | District Judge: Hon. Maame Ewusi-Mensah Frimpong |
| 20 | | Courtroom 8B, First St. |
| 21 | Defendants. | Magistrate Judge: Hon. Sheri Pym |
| | | Courtroom 3, Riverside |

1  YOUNG K. PARK, CA Bar No. 287589
   young@marlispark.com
2  TARA HATTENDORF, CA Bar No. 327253
   tara@marlispark.com
3  MARLIS PARK, P.C.
   3600 Wilshire Boulevard, Suite 1815
4  Los Angeles, CA  90010
   Telephone:  (323) 922-2000
5  Facsimile:   (323) 922-2000

6  Attorneys for Plaintiff
   Angel Barba

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

1. The parties in the above-captioned action have reached agreement on the terms of a proposed settlement and are currently working on finalizing and executing a settlement agreement. A stipulation for dismissal with prejudice of the entire action will be filed within 60 days.

2. Plaintiff Angel Barba filed his Complaint on January 20, 2021, and the case was removed to federal court on April 15, 2021.

3. The previous trial date of June 14, 2022 was recently vacated. There is no current trial date.

DATED: February 28, 2022    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Chloe S. Chang
Ryan H. Crosner
Chloe S. Chang
William K. Knisley

Attorneys for Defendant
TAO MOTOR, INC.

DATED: February 28, 2022    MARLIS PARK, P.C.

By: /s/Tara Hattendorf
Young K. Park
Tara Hattendorf

Attorneys for Plaintiff
ANGEL BARBA