RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
CHLOE S. CHANG, CA Bar No. 321007
chloe.chang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

WILLIAM K. KNISLEY *Pro Hac Vice*
THE LAW OFFICES OF WILLIAM CHU
williamknisley@outlook.com
4455 LBJ Freeway, Suite 1008
Dallas, Texas  75244
Telephone:  972-392-9888
Facsimile:   972-392-9889

Attorneys for Defendant
TAO MOTOR, INC.

*[Additional attorneys listed on following page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BARBA, an individual<br><br>Plaintiff,<br><br>v.<br><br>TAO MOTOR, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 5:21-cv-00668 MEMF (SPx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 20, 2021<br>District Judge:    Hon. Maame Ewusi-Mensah Frimpong<br>                        Courtroom 8B, First St.<br>Magistrate Judge: Hon. Sheri Pym<br>                        Courtroom 3, Riverside |

1  YOUNG K. PARK, CA Bar No. 287589
   young@marlispark.com
2  TARA HATTENDORF, CA Bar No. 327253
   tara@marlispark.com
3  MARLIS PARK, P.C.
   3600 Wilshire Boulevard, Suite 1815
4  Los Angeles, CA  90010
   Telephone:   (323) 922-2000
5  Facsimile:    (323) 922-2000

6  Attorneys for Plaintiff
   Angel Barba

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  WHEREAS the parties to this action, and each of them have fully and finally
2  resolved all issues set forth in this case.
3  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
4  plaintiff Angel Barba ("Plaintiff") and defendant Tao Motor, Inc. ("Defendant")
5  (collectively, the "Parties") by and through their counsel, stipulate and agree that the
6  above-captioned case, designated Case No. 5:21-cv-00668 MEMF (SPx), be
7  dismissed in its entirety, and that all claims asserted in the action be dismissed with
8  prejudice.
9  The Parties, by and through their counsel, further stipulate and agree that each
10 party shall bear its and/or his own costs and attorneys' fees.
11 IT IS SO STIPULATED.

13 DATED: May 4, 2022                OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.

16                                   By: /s/ Chloe S. Chang
17                                       Ryan H. Crosner
                                         Chloe S. Chang
18                                       William K. Knisley

19                                   Attorneys for Defendant
                                     TAO MOTOR, INC.

21 DATED May 4, 2022                 MARLIS PARK, P.C.

24                                   By: /s/ Tara Hattendorf
                                         Young K. Park
                                         Tara Hattendorf

25                                   Attorneys for Plaintiff
26                                   ANGEL BARBA

27
28

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 5:21-cv-00668 MEMF (SPx)
50427366.v1-OGLETREE

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Pursuant to Local Rule 5-4.3.4, I attest that concurrence in the filing of this |
| 3 | document has been obtained from the other signatories. |
| 4 | |
| 5 | DATED: May 4, 2022                              By:   /s/ Chloe S. Chang |

2

Case No. 5:21-cv-00668 MEMF (SPx)
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

50427366.v1-OGLETREE